NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SALVATORE P. CORDOVANO,           )
                                  )
         Appellant,               )
                                  )
v.                                )     Case No. 2D18-2113
                                  )
STATE OF FLORIDA,                 )
                                  )
         Appellee.                )
_____  )

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
III, Judge.

Salvatore P. Cordovano, pro se.


PER CURIAM.

Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004); Jackson v. State, 640 So. 2d 1173 (Fla. 2d DCA 1994); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.